# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JOHNNY MIMS**                                                                                            **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 4:20-cv-101-MPM-JMV**

**YUM! BRANDS, INC.** *et al*.                                                      **DEFENDANTS**

## ORDER STAYING CASE

This matter is before the court following a telephonic status conference to discuss the [16] notice of suggestion of bankruptcy filed on July 13, 2020 by NPC International, Inc., a defendant in this case. Consistent with the court's [20] minutes, this action is hereby **STAYED** until further notice of the court.

The plaintiff shall provide informal status reports via email, copying all counsel, advising the court of the status of the bankruptcy proceedings--pending versus not pending--every one hundred and twenty (120) days. Provided further, the court is to be notified promptly of any change in status of bankruptcy affecting this case.

**SO ORDERED**, this the 28th day of August, 2020.

                                                        /s/ Jane M. Virden
                                                        **UNITED STATES MAGISTRATE JUDGE**